```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SANTIAGO CARRERA ALEJANDRO,                                       :
:
  Plaintiff,                                                      :
:         25-cv-2718 (LJL)
  -v-                                                             :
:         ORDER
VIAND COFFEE SHOP OF 61 ST., inc. et al.,                         :
:
  Defendants.                                                     :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement on all issues. The Parties are to inform the Court by October 14, 2025, whether it should schedule a hearing as required under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

SO ORDERED.

Dated: October 8, 2025
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge