UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANTIAGO CARRERA ALEJANDRO, *individually and on behalf of others similarly situated,*

                 *Plaintiff,*

      -against-

VIAND COFFEE SHOP OF 61 ST., INC. (d/b/a VIAND COFFEE SHOP), GEORGE KONTOGIANNIS, and THEODORE KATSIHTIS,
                 *Defendants,*
-----------------------------------------------------------------X

Civil Action No. **1:25-cv-02718-LJL**

**[Proposed Form Of]
JUDGMENT**

## JUDGMENT

On November 10, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, SANTIAGO CARRERA ALEJANDRO, has judgment against VIAND COFFEE SHOP OF 61 ST., INC. (d/b/a VIAND COFFEE SHOP), GEORGE KONTOGIANNIS, and THEODORE KATSIHTIS, jointly and severally, in the amount of Ninety Thousand Dollars and Zero Cents ($90,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2025

                                  _____
                                  HON. JUDGE LEWIS J. LIMAN
                                  U.S. DISTRICT JUDGE