**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANTIAGO CARRERA ALEJANDRO, *individually*
*and on behalf of others similarly situated,*

Civil Action No. **1:25-cv-02718-LJL**

*Plaintiff,*

-against-                                    **JUDGMENT**

VIAND COFFEE SHOP OF 61 ST., INC. (d/b/a
VIAND COFFEE SHOP), GEORGE
KONTOGIANNIS, and THEODORE KATSIHTIS,
                        *Defendants,*
-----------------------------------------------------------------X

## JUDGMENT

On November 10, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant

to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, SANTIAGO CARRERA ALEJANDRO, has judgment against VIAND

COFFEE SHOP OF 61 ST., INC. (d/b/a VIAND COFFEE SHOP), GEORGE KONTOGIANNIS,

and THEODORE KATSIHTIS, jointly and severally, in the amount of Ninety Thousand Dollars

and Zero Cents ($90,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____December 30_____, 2025

_____

HON. JUDGE LEWIS J. LIMAN
U.S. DISTRICT JUDGE